

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00432-CV

IN RE E.D.                                                      RELATOR

----------

## ORIGINAL PROCEEDING
## TRIAL COURT NO. 2009-20520-158

----------

## MEMORANDUM OPINION[1]

----------

The trial court clerk has sent this court copies of the trial court's December 21, 2017 orders vacating its November 29, 2017 temporary orders and December 13, 2017 temporary restraining order. Because relator has not challenged any other trial court order in this original proceeding, we dismiss the original proceeding as moot.

PER CURIAM

PANEL: BIRDWELL, WALKER, and MEIER, JJ.

DELIVERED: December 28, 2017

---

[1]See Tex. R. App. P. 47.4, 52.8(d).